ACCEPTED
05-18-00487-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/6/2018 9:11 PM
LISA MATZ
CLERK

NO. 05-18-00487-CV

## IN THE COURT OF APPEALS
## FOR THE FIFTH DISTRICT OF TEXAS
## DALLAS, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
06/06/2018 9:11:11 PM
LISA MATZ
Clerk

### KAREN MISKO,
**Appellant**

v.

### TRACY JOHNS,
**Appellee**

On Accelerated Interlocutory Appeal
from the 429TH District Court of Collin County, Texas
Cause No. 429-01844-2013
The Honorable Jill Willis, Presiding

## MOTION FOR EXTENSION OF TIME TO FILE
## APPELLANT'S OPENING BRIEF

Joe Sibley
State Bar No. 24047203
*sibley@camarasibley.com*
CAMARA
& SIBLEY, L.L.P.
4400 Post Oak Blvd., Suite 2700
Houston, Texas 77027
(713) 966-6789 – Telephone
(713) 583-1131 – Facsimile
**COUNSEL FOR APPELLANT**

To the Honorable Court of Appeals:

1. Under Rules 2 and 10.5(b), Appellant respectfully requests a **30-day extension** of time to file her Opening Brief, making the Brief due on ***July 11, 2018.***

2. This appeal was taken Pursuant to Tex. Civ. Prac. & Rem. Code 51.014(a)(12), of the trial court's Order Denying Defendant's Motion to Dismiss under the Texas Citizen's Participation Act ("TCPA") dated May 1, 2018 ("Order"), which was later reduced to written Order on May 14, 2018, and the trial court's written order overruling Misko's Objections to TCPA Evidence (only as to paragraph 8 of Redding Declaration) dated May 1, 2018 to the Fifth Court of Appeals.

3. The Reporter's Record was filed on May 21, 2018, making Appellant's brief <u>currently due on June 11, 2018</u> because this is an accelerated interlocutory appeal.

4. Appellant needs additional time to file her opening brief due to the record being voluminous (thousands of pages), the reporter's record having multiple volumes, and undersigned counsel's summer vacation schedule as well as other conflicting engagements.

1

5.     Accordingly, Appellant respectfully request the Court grant her a **30-day extension** of time to file her Opening Brief, making the Brief due on ***July 11, 2018.***

6.  This Motion is, unopposed, is timely filed and is not brought for purposes of delay, but so that justice may done.

### Prayer

For the reasons discussed above, Appellant respectfully requests the Court grant Appellant a **30-day extension** of time to file her Opening Brief, making the Brief due on ***July 11, 2018.***

Respectfully submitted,

CAMARA & SIBLEY, L.L.P.

By:_____ */s/ Joe Sibley*_____
    Joe Sibley
    State Bar No. 24047203
    *sibley@camarasibley.com*
4400 Post Oak Pkwy, Suite 2700
Houston, Texas  77027
(713) 966-6789 – Telephone
(713) 583-1131 – Facsimile

ATTORNEYS FOR APPELLANT

## CERTIFICATE OF CONFERENCE

I hereby certify that on the 6th day of June, 2018, I conferred with Appellee's counsel, Amy Ganci, via email on the relief sought in this Motion. Appellee is unopposed to the extension sought herein.

*/s/ Joe Sibley*
Joe Sibley

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2018, a true and correct copy of this Motion for Extension of Time to File Appellant's Opening Brief was sent by Eservice to the following individuals:

AMY B. GANCI
State Bar No. 07611600
Email: aganci@gancilaw.com
GANCI, LLP
6688 North Central Expressway
Suite 1050
Dallas, Texas 75206
Telephone: (214) 969-7373
Facsimile: (214) 969-7648
ATTORNEYS FOR APPELLEE

*/s/ Joe Sibley*
Joe Sibley